UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TARA L. ABDULLAH,

    Plaintiff,                                                  CASE NO.:

v.

GRUBB PROPERTIES, INC.,

    Defendant.
_____/

**NOTICE OF REMOVAL**

Defendant, GRUBB PROPERTIES, INC. ("Grubb"), for its Notice of Removal, states:

1.    On November 23, 2022, Plaintiff filed a Complaint against Grubb in the Superior Court of Fulton County, Georgia, Case No. 2022cv373109.

2.    On December 7, 2022, Plaintiff attempted to serve the Summons and Complaint on an unauthorized agent of Grubb. (*See* Exhibit A.) This Notice of Removal, thus, is timely under 28 U.S.C. §§ 1441 and 1446. *Accord Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

3.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 because the parties are diverse and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4856-4354-6692.1

4. Although the Complaint does not specify the citizenship of the parties, there is no dispute that the parties are diverse. (*See* Exhibit A.) Indeed, Plaintiff, a resident of Atlanta, Georgia is a citizen of Georgia. Grubb, which is incorporated in North Carolina and has its principal place of business in Charlotte, North Carolina, is a citizen of North Carolina. Therefore, the diversity requirement of 28 U.S.C. § 1332 is satisfied. *See Wright v. Continental Cas. Co.*, 456 F. Supp. 1075, 1077 (M.D. Fla. 1978) (declining to adopt facial allegations in the complaint as the exclusive means to determine diversity of citizenship); *Woolard v. Heyer Schulte,* 791 F. Supp. 294, 295 (S.D. Fla. 1992) (a defendant seeking to remove case to federal court may supply elements required to establish diversity jurisdiction in removal papers).

5. There is also no dispute that the amount in controversy requirement under 28 U.S.C. § 1332(a) is satisfied, as the Complaint reflects that Plaintiff seeks $100,000.00 in relief.

6. Because the parties are citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs, diversity jurisdiction exists in this Court.

7. Pursuant to 28 U.S.C. §1446(d), Grubb will serve contemporaneous, written notice of the filing of this Notice of Removal on the parties and the Clerk of the Circuit Court of the Superior Court for Fulton County, Georgia.

WHEREFORE, Defendant, GRUBB PROPERTIES, INC., prays that the Superior Court of Fulton County, Georgia, proceed no further with Case No. 2022cv373109; that said action be removed from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division; and that this Court issue such orders and process as are necessary to preserve its jurisdiction over this matter.

Dated, this 16th day of December, 2022.

Respectfully submitted,

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD<br>  & SMITH LLP<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA  30308<br>404-348-8585 – Telephone<br>404-467-8845 – Facsimile | */s/ Joelle C. Sharman*<br>JOELLE C. SHARMAN<br>Georgia Bar No. 637931<br>joelle.sharman@lewisbrisbois.com<br>DAWN RIVERA<br>Georgia Bar No. 002535<br>dawn.rivera@lewisbrisbois.com<br><br>*Counsel for Grubb Properties, Inc.* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail and electronic mail to Plaintiff, Tara L. Abdullah, at 730 Glenwood Ave SE #72 Atlanta, Georgia 30312 (email:Tabdu007@yahoo.com) on this 16th day of December, 2022.

Dated, this 16th day of December, 2022.

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD<br>  & SMITH LLP<br>600 Peachtree Street, NE<br>Suite 4700<br>Atlanta, GA  30308<br>404-348-8585 – Telephone<br>404-467-8845 – Facsimile | /s/ *Joelle C. Sharman*<br>JOELLE C. SHARMAN<br>Georgia Bar No. 637931<br>joelle.sharman@lewisbrisbois.com<br>DAWN RIVERA<br>Georgia Bar No. 002535<br>dawn.rivera@lewisbrisbois.com<br><br>*Counsel for Grubb Properties, Inc.* |