# EXHIBIT "A"

# IN THE ~~STATE~~ Superior COURT OF FULTON COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| Tara Abdullah<br>**Plaintiff** | §<br>§<br>§   Civil Action File No. 2022CV373109<br>§ _____<br>§ |
| | **COMPLAINT** |
| GRUBB PROPERTIES, INC.<br>**Defendant** | |

1.

The defendant(s)b herein named is a resident of <u>FULTON</u> County Georgia, and is subject to the jurisdiction of this Court.

2.

The Defendant is indebted to the Plaintiff in the amount of <u>$100,000.00</u> FOR

**<u>Negligence</u>**_____

I. <u>Management company is in violation of "Discriminatory Conduct as it relates to Fair Housing Laws Georgia Code § 8320202 Unlawful practices in selling or renting of dwellings (2) To discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, sex, disability, familial status, or national origin. Also, Fair housing laws state, "what you do for one tenant you must also do for the other</u>

   A. For the past 3 months management has been aware of and given permission for a certain tenant to park their covered hitched work tailer on the property. The lease clearly states no work vehicles of that nature allowed and would be towed if stored on premises

II. <u>The management company has failed to provide amenities as advertised and used as part of the leasing process to attract tenants but fails to maintain working conditions on a consistent basis</u>

   A. The elevators constantly not working, forcing tenants to walk upstairs or use the service elevator on the other side of building if functioning
   B. The garage door has not functioned properly or repaired in a timely manner, allowing non-invited guest access
   C. The lounge area TV was taken down & removed several months prior to replacing new TV with an unsightly appearance, with the excuse of getting a larger tv and area to be remolded.
   D. Starbucks coffee supplies are not available as should be coffee and supplies are out frequently when functioning.
   E. The Starbucks coffee machine in the lounge area was out of order for at least 1 ½ with the excuse of parts needed to be ordered over 2 months period.

III. **Management has failed to provide reliable security to deter theft and maintain safe living conditions.**

    A. There have been numerous car thefts, car break-ins and apartment break-ins due to the fact management has not beefed-up security or security equipment as needed as crime has increased on this property and sister property.

IV. **Management has violated Georgia Tenancy Right laws by failing to make the Tenants aware of crime within 24-48 hours of incident**

    A. Most recently my red Schwinn bicycle was stolen from the secured controlled access area within the building that only residents and staff have access to. I notified management on October 19, 2022, in person and by an email sent to the property manager Susan Akinson (She never responded to me but told staff to give me a $1000 credit the cost of the bike itself.

The Plaintiff prays for a judgement in the amount of $100,000 plus court cost

Defendant Name and Address
Grubb Properties, Inc
730 Glenwood Ave SE.
Atlanta, Georgia 30312

Plaintiff Name and Address
Phone No. 404-964-3421
Home: 730 Glenwood Ave SE #72
Atlanta, Georgia 30312
Email: Tabdu007@yahoo.com

SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA
FAMILY DIVISION

Tara Abdullah,

Petitioner,

v.

Grubb Properties, Inc.,

Respondent.

Civil Action 2022CV373109

Case Number

## VERIFICATION

I, Tara Abdullah, personally appeared before the undersigned notary public and, being duly sworn, state that the facts stated in the foregoing Petition are true and correct.

This 23rd day of Nov, 2022 (year)

Signature
Name: Tara Abdullah
Address: 730 Glenwood Ave SE Atl, GA 30316
Telephone: (404) 964-3481
Email: tabdu0070@yahoo.com

Sworn to before me this
23rd day of Nov, 2022.

Marvin Wooley
Notary Public

[Notary Seal: MARVIN WOOLEY, NOTARY PUBLIC, COMMISSION EXPIRES Jan. 21, 2023, DEKALB COUNTY, GA]

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of __Fulton__ County

**For Clerk Use Only**

Date Filed __11/23/2022__
MM-DD-YYYY

Case Number __2022CV373109__

**Plaintiff(s)**
ABDULLAH, TARA L
Last   First   Middle I.   Suffix   Prefix

**Defendant(s)**
Grubb Properties, Inc
Last   First   Middle I.   Suffix   Prefix

**Plaintiff's Attorney** _____   **State Bar Number** _____   **Self-Represented** ☒

Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☒ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
   - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
   - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number   Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Fulton County Superior Court
***EFILED***NC
Date: 11/23/2022 12:50 PM
Cathelene Robinson, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM C-103, ATLANTA, GEORGIA 30303
### SUMMONS

_____  ) Case No.: 2022CV373109
Tara L Abdullah                                     )
_____Plaintiff,_____                    )
                                                             )
vs.                                                         )
                                                             )
_____ )
Grubb Properties, Inc                          )
_____Defendant_____              )
                                                             )
                                                             )

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylerhost.net/ofsweb (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is: 730 Glenwood Ave SE #72

Tara L. Abdullah          Atlanta, Georgia 30312

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This  11/23/2022  day of _____, 20 ___

Honorable Cathelene "Tina" Robinson
Clerk of Superior Court
By_____
                Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

                                                                Deputy Sherriff

**Instructions:** Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used

SHERIFF'S ENTRY OF SERVICE

SHERIFF'S ENTRY OF SERVICE

Civil Action No. **2022CV373109**

Date Filed **11-23-2022**

Superior Court ☐
State Court ☐
Juvenile Court ☐

Magistrate Court ☐
Probate Court ☐

Georgia, **Fulton** COUNTY

Attorney's Address
**730 Glenwood Ave SE #72
Atlanta, Georgia 30312**

**Tara L Abdullah**
Plaintiff

Name and Address of Party to be Served:
**Tara L Abdullah
730 Glenwood Ave SE
Atlanta, Georgia 30312
Grubb Properties, Inc**

VS.

**Grubb Properties, INC**
Defendant

Garnishee

SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☒ Served the defendant **Grubb Properties** a corporation by leaving a copy of the within action and summons with **Traci Aviles** in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This **07th** day of **December**, 20**22**.

**M. Lee 3695**
DEPUTY

SHERIFF DOCKET    PAGE    WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

https://researchga.tylerhost.net/CourtRecordsSearch/ViewCasePrint/56d54bdf035c5f869281623429677eb4

# Case Information

## TARA ABDULLAH VS. GRUBB PROPERTIES, INC
2022CV373109

| Location | Case Category | Case Type | Case Filed Date |
|---|---|---|---|
| Fulton - Superior Court | Civil | OTHER CIVIL CAUSE OF ACTION | 11/23/2022 |

| Judge | Case Status | | |
|---|---|---|---|
| CARNESALE, RACHELLE L. | Open (Open) | | |

## Parties [2]

| Type | Name | Attorneys |
|---|---|---|
| DEFENDANT | GRUBB PROPERTIES, INC | |
| PLAINTIFF | TARA L ABDULLAH | Pro Se |

## Events [4]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 11/23/2022 | Filing | SUMMONS | FOR SERVICE UPON DEFENDANT | SUMMONS.pdf |
| 11/23/2022 | Filing | Plaintiff's Original Petition | OF NEGLIGENCE AGAINST PLAINTIFF | COMPLAINT.pdf |
| 11/23/2022 | Filing | CASE INITIATION FORM | FOR COMPLAINT OF NEGLIGENCE | CASE INITIATION FORM.pdf |
| 12/8/2022 | Filing | SHERIFF'S ENTRY OF SERVICE | CORPORATION SERVED - 12/7/22 | SHERIFF'S ENTRY OF SERVICE.pdf |

© 2022 Tyler Technologies, Inc. | All Rights Reserved
Version: 2022.10.0.10131

