# Details - Case # 2022CV373109 - Envelope # 13017996

## Envelope

Envelope ID
13017996

Submitted by
Trang Tran

Username
Trang_Tran@gand.uscourts.gov

## Case Information

Court Location
Fulton - Superior - EJ1

Case Type
OTHER CIVIL CAUSE OF ACTION

Case Category
Civil

Judge
CARNESALE, RACHELLE L.

## Parties

| Party Type | Party Name | Lead Attorney |
|---|---|---|
| PLAINTIFF | TARA L ABDULLAH | TARA L ABDULLAH |
| DEFENDANT | GRUBB PROPERTIES, INC | JOELLE C. SHARMAN,Dawn Rivera |

## Filings

| Filing Code | Filing Type | Filing Description | Client Ref # |
|---|---|---|---|
| NOTICE | | | |

## Service Contacts

Service Contacts 6

## Fees

Payment account
Clerk, U.S. District Court, Northern Georgia

Party responsible
GRUBB PROPERTIES, INC

Filing attorney

Order ID

Transaction Response

Transaction Amount
$0.00

Transaction ID

**Total** $0.00
**Waiver Selected**

Support